THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Waterford Place Homeowners Association of Lexington,
 Inc., Respondent,
 v.
 Richie D.
 Barnes, Appellant.
 
 
 

Appeal From Lexington County
James O. Spence, Master-in-Equity

Unpublished Opinion No. 2009-UP-088
 Submitted February 2, 2009  Filed
February 12, 2009    

AFFIRMED

 
 
 
 Richie D. Barnes, of Irmo, for Appellant.
 Walter B. Todd, Jr. and J. Derrick Jackson, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: 
 Richie D. Barnes appeals the master-in-equity's award of attorney's fees and
 damages, arguing the master abused his discretion in hearing the matter and
 erred in awarding attorney's fees and damages.  We affirm pursuant to Rule 220(b), SCACR, and the following
 authorities:  Rule 220(b)(2), SCACR ("The
 Court of Appeals need not address a point with is manifestly without merit."); State v. Tyndall, 336 S.C. 8, 16, 518 S.E.2d 278, 282 (Ct. App. 1999) ("Conclusory
 arguments constitute an abandonment of the issue on appeal."); Solomon
 v. City Realty Co., 262 S.C. 198, 201, 203 S.E.2d 435, 436 (1974) (holding
 an issue is abandoned on appeal if argued in an incorrect single conclusory
 statement that leaves the error assigned unargued).

AFFIRMED.[1]
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.